IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| David Easley, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv100 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Dana Judd, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 26, 2014 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 14, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

                                                                                                            s/Susan J. Dlott_____
                                                                                                            Chief Judge Susan J. Dlott
                                                                                                            United States District Court